

Collateral Management Services
9750 Goethe Road | Sacramento, CA 95827
www.dealertrack.com

# Carvana LLC

## Lien and Title Information


EXHIBIT B

### Account Information

| | | | |
|---|---|---|---|
| Account Number | | Financed Date | 6/3/2017 |
| Loan Number | | Perfected Date | 8/24/2017 |
| Branch | | Payoff Date | |
| Borrower 1 | CARLOS GUILLEN | Dealer ID | |
| Borrower 2 | | Dealer | |
| Borrower Address | 517 SHADOWCREST LN COPPELL, TX 75019 | Dealer Address | |

### Lienholder

| | |
|---|---|
| ELT Lien ID | 45478803600 |
| Lienholder | CARVANA LLC |
| Lienholder Address | PO BOX 29002 PHOENIX, AZ 85038 |
| Lien Release Date | |

### Vehicle and Titling Information

| | | | |
|---|---|---|---|
| VIN | 1FTEW1CP1FKF11944 | Issuance Date | 6/3/2017 |
| Title Number | 22031342879250011 | Received Date | 6/3/2017 |
| Title State | TX | ELT/Paper | ELECTRONIC |
| Year | 2015 | Odometer Reading | 1191 |
| Make | FORD | Branding | |
| Model | | | |
| Owner 1 | CARLOS GUILLEN | | |
| Owner 2 | | | |
| Owner Address | 517 SHADOWCREST LN COPPELL, TX 75019 | | |

Printed: Thursday, August 24, 2017 1:35:01 PM PST