## Transaction History

| Transaction Date | Transaction Amount | Transaction Event | Reversal Reason | NSF Date | Current Due Date | Amount Due | Partial Pay | Remaining Due | Principal | Interest | Late Fee | Per Diem | Days Between Payments | Next Due Date | Principal Outstanding | Receipt Number | Lot Number | Check Number | Posted Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/17/2018 | (5.00) | Late Fee Assessment | | | 6/2/2018 | 599.00 | 75.00 | 524.00 | 0.00 | 0.00 | (5.00) | 12.54 | | 6/2/2018 | 26,230.05 | 0 | 0 | | 7/17/2018 |
| 6/25/2018 | 599.00 | Normal Payment--GO ONE TIME ACH PAYMENT | | | 5/2/2018 | 599.00 | 75.00 | 524.00 | 0.00 | 599.00 | 0.00 | 12.54 | 20 | 6/2/2018 | 26,230.05 | 1171374 | 19992 | | 6/25/2018 |
| 6/5/2018 | 519.00 | Normal Payment--GO ONE TIME ACH PAYMENT | | | 4/2/2018 | 599.00 | 75.00 | 524.00 | 0.00 | 519.00 | 0.00 | 12.54 | 46 | 5/2/2018 | 26,230.05 | 1132042 | 19992 | | 6/5/2018 |
| 5/31/2018 | (599.00) | Payment Reversal--GO ONE TIME ACH PAYMENT | NSF - Insufficient Funds | 6/1/2018 | 4/2/2018 | 599.00 | 155.00 | 444.00 | 0.00 | (599.00) | 0.00 | 12.54 | | 4/2/2018 | 26,230.05 | 1121920 | 19992 | | 6/1/2018 |
| 5/31/2018 | 599.00 | Normal Payment--GO ONE TIME ACH PAYMENT | | | 4/2/2018 | 599.00 | 155.00 | 444.00 | 0.00 | 599.00 | 0.00 | 12.54 | 41 | 5/2/2018 | 26,230.05 | 1121920 | 19992 | | 5/31/2018 |
| 5/17/2018 | (5.00) | Late Fee Assessment | | | 4/2/2018 | 599.00 | 155.00 | 444.00 | 0.00 | 0.00 | (5.00) | 12.54 | | 4/2/2018 | 26,230.05 | 0 | 0 | | 5/17/2018 |
| 4/20/2018 | 599.00 | Normal Payment--GO ONE TIME ACH PAYMENT | | | 3/2/2018 | 599.00 | 155.00 | 444.00 | 0.00 | 599.00 | 0.00 | 12.54 | 84 | 4/2/2018 | 26,230.05 | 1048920 | 19992 | | 4/20/2018 |
| 4/16/2018 | (499.00) | Payment Reversal--GO ONE TIME ACH PAYMENT | NSF - Insufficient Funds | 4/17/2018 | 3/2/2018 | 599.00 | 155.00 | 444.00 | 0.00 | (499.00) | 0.00 | 12.54 | | 3/2/2018 | 26,230.05 | 1041938 | 19992 | | 4/17/2018 |
| 4/16/2018 | 499.00 | Normal Payment--GO ONE TIME ACH PAYMENT | | | 3/2/2018 | 599.00 | 55.00 | 544.00 | 0.00 | 499.00 | 0.00 | 12.54 | 80 | 4/2/2018 | 26,230.05 | 1041938 | 19992 | | 4/16/2018 |
| 3/17/2018 | (5.00) | Late Fee Assessment | | | 3/2/2018 | 599.00 | 155.00 | 444.00 | 0.00 | 0.00 | (5.00) | 12.54 | | 3/2/2018 | 26,230.05 | 0 | 0 | | 3/17/2018 |
| 2/6/2018 | 0.00 | Extension | | | 2/2/2018 | 599.00 | 155.00 | 444.00 | 0.00 | 0.00 | 0.00 | 12.54 | | 3/2/2018 | 26,230.05 | 0 | 0 | | 2/6/2018 |
| 2/6/2018 | 0.00 | Extension | | | 1/2/2018 | 599.00 | 155.00 | 444.00 | 0.00 | 0.00 | 0.00 | 12.54 | | 2/2/2018 | 26,230.05 | 0 | 0 | | 2/6/2018 |
| 2/6/2018 | 0.00 | Extension | | | 12/2/2017 | 599.00 | 155.00 | 444.00 | 0.00 | 0.00 | 0.00 | 12.54 | | 1/2/2018 | 26,230.05 | 0 | 0 | | 2/6/2018 |
| 1/26/2018 | 599.00 | Normal Payment--GO ONE TIME ACH PAYMENT | | | 11/2/2017 | 599.00 | 155.00 | 444.00 | 94.79 | 504.21 | 0.00 | 12.54 | 20 | 12/2/2017 | 26,230.05 | 908798 | 19992 | | 1/26/2018 |
| 1/17/2018 | (5.00) | Late Fee Assessment | | | 11/2/2017 | 599.00 | 155.00 | 444.00 | 0.00 | 0.00 | (5.00) | 12.58 | | 11/2/2017 | 26,324.84 | 0 | 0 | | 1/17/2018 |
| 1/6/2018 | 150.00 | Normal Payment--GO ONE TIME ACH PAYMENT | | | 11/2/2017 | 599.00 | 155.00 | 444.00 | 0.00 | 150.00 | 0.00 | 12.58 | 32 | 11/2/2017 | 26,324.84 | 878505 | 19992 | | 1/6/2018 |
| 12/22/2017 | (599.00) | Payment Reversal--GO ONE TIME ACH PAYMENT | NSF - Insufficient Funds | 12/26/2017 | 11/2/2017 | 599.00 | 5.00 | 594.00 | (385.13) | (213.87) | 0.00 | 12.58 | | 11/2/2017 | 26,324.84 | 856894 | 19992 | | 12/26/2017 |
| 12/22/2017 | 599.00 | Normal Payment--GO ONE TIME ACH PAYMENT | | | 11/2/2017 | 599.00 | 5.00 | 594.00 | 385.13 | 213.87 | 0.00 | 12.40 | 17 | 12/2/2017 | 25,939.71 | 856894 | 19992 | | 12/22/2017 |
| 12/5/2017 | 599.00 | Normal Payment--GO ONE TIME ACH PAYMENT | | | 10/2/2017 | 599.00 | 5.00 | 594.00 | 73.57 | 525.43 | 0.00 | 12.58 | 41 | 11/2/2017 | 26,324.84 | 832756 | 19992 | | 12/5/2017 |
| 11/30/2017 | (599.00) | Payment Reversal--GO ONE TIME ACH PAYMENT | NSF - Insufficient Funds | 12/5/2017 | 10/2/2017 | 599.00 | 5.00 | 594.00 | (136.66) | (462.34) | 0.00 | 12.62 | | 10/2/2017 | 26,398.41 | 825890 | 19992 | | 12/5/2017 |
| 11/30/2017 | 599.00 | Normal Payment--GO ONE TIME ACH PAYMENT | | | 10/2/2017 | 599.00 | 5.00 | 594.00 | 136.66 | 462.34 | 0.00 | 12.55 | 36 | 11/2/2017 | 26,261.75 | 825890 | 19992 | | 11/30/2017 |
| 11/17/2017 | (5.00) | Late Fee Assessment | | | 10/2/2017 | 599.00 | 5.00 | 594.00 | 0.00 | 0.00 | (5.00) | 12.62 | | 10/2/2017 | 26,398.41 | 0 | 0 | | 11/17/2017 |
| 10/25/2017 | 599.00 | Normal Payment--GO ONE TIME ACH PAYMENT | | | 9/2/2017 | 599.00 | 5.00 | 594.00 | 0.00 | 599.00 | 0.00 | 12.62 | 40 | 10/2/2017 | 26,398.41 | 776168 | 19992 | | 10/25/2017 |
| 10/17/2017 | (5.00) | Late Fee Assessment | | | 9/2/2017 | 599.00 | 5.00 | 594.00 | 0.00 | 0.00 | (5.00) | 12.62 | | 9/2/2017 | 26,398.41 | 0 | 0 | | 10/17/2017 |
| 9/15/2017 | 604.00 | Normal Payment--GO ONE TIME ACH PAYMENT | | | 8/2/2017 | 599.00 | 5.00 | 594.00 | 0.00 | 604.00 | 0.00 | 12.62 | 56 | 9/2/2017 | 26,398.41 | 723248 | 19992 | | 9/15/2017 |
| 8/17/2017 | (5.00) | Late Fee Assessment | | | 8/2/2017 | 599.00 | 0.00 | 599.00 | 0.00 | 0.00 | (5.00) | 12.62 | | 8/2/2017 | 26,398.41 | 0 | 0 | | 8/17/2017 |
| 7/21/2017 | 604.00 | Normal Payment--GO ONE TIME ACH PAYMENT | | | 7/2/2017 | 599.00 | 0.00 | 599.00 | 30.61 | 568.39 | 5.00 | 12.62 | 45 | 8/2/2017 | 26,398.41 | 656015 | 19992 | | 7/21/2017 |
| 7/17/2017 | (5.00) | Late Fee Assessment | | | 7/2/2017 | 599.00 | 0.00 | 599.00 | 0.00 | 0.00 | (5.00) | 12.63 | | 7/2/2017 | 26,429.02 | 0 | 0 | | 7/17/2017 |
| 6/6/2017 | 599.00 | Normal Payment--GO ONE TIME ACH PAYMENT | | | 7/2/2017 | 599.00 | 0.00 | 599.00 | 166.84 | 432.16 | 0.00 | 12.63 | | 7/2/2017 | 26,429.02 | 602846 | 19992 | | 6/6/2017 |